# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2686 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 99 DB 2018 |
| | : | |
| v. | : | Attorney Registration No. 86375 |
| | : | |
| TANGIE MARIE BOSTON, | : | (Philadelphia) |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of February, 2020, upon consideration of the Report and Recommendations of the Disciplinary Board, Tangie Marie Boston is suspended from the Bar of this Commonwealth for a period of one year and one day, and she shall comply with all the provisions of Pa.R.D.E. 217.  Respondent shall pay costs to the Disciplinary Board.  *See* Pa.R.D.E. 208(g).